BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SB 6191786
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
    E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MANMOHAN PEGANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:13-cv-01851-DAD <br><br> **STIPULATION AND ORDER TO EXTEND TIME** |

    The parties, through their respective counsel, stipulate that Defendant shall have a 30-day extension of time, to and including July 23, 2014, in which to file Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment.

    Defendant's counsel makes this request based on active litigation matters in federal court and work-related travel and training out-of-state. Defendant's counsel is traveling and June 16-20, 2014 for training in Kansas City, Missouri. In addition, Defendant's counsel has four federal court motions for summary judgment (including this matter) due immediately upon return (this matter is due on June 23, 2014, two briefs in the Central District of California are due on June 25, 2014, and a fourth brief is due in the Central District of California on June 30, 2014). Due to

1  the time constraints of these litigation matters Defendant's counsel requires additional time to
2  review and fully research the issues presented in this matter.
3        This is Defendant's first request for extension of time.
4                  Respectfully submitted,

Date: June 12, 2014        BENJAMIN B. WAGNER
                              United States Attorney

                              By     /s/ *Cynthia B. De Nardi*
                              CYNTHIA B. DE NARDI
                              Special Assistant U.S. Attorney

Date: June 16, 2014

                              By     /s/*
                              JOSEPH C. FRAULOB
                              Law Offices of Hadley & Fraulob
                              (*by email authorization 6/12/14)

                              <u>ORDER</u>

      Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 17, 2014

                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\pegany1851.stip.eot.ord.doc